THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS VIGNIERO, Appellant. [673 NYS2d 1014] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered February 20, 1997, convicting him of scheme to defraud in the first degree, criminal possession of stolen property in the fourth degree, and petit larceny (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Thompson, Altman and McGinity, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE WALCOTT, Also Known as JEROME WILLIAMS, Appellant. [672 NYS2d 802] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lewis, J.), rendered March 8, 1996, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertions, the Grand Jury proceeding giving rise to his indictment for the crimes at issue was not defective within the meaning of CPL 210.35 due to, *inter alia,* the alleged misconduct of the prosecutor (*see, People v Karp,* 76 NY2d 1006; *People v Gonzalez,* 201 AD2d 414, 415; *People v Perry,* 187 AD2d 678).

The defendant's remaining contentions are without merit. Mangano, P. J., Rosenblatt, Ritter and Krausman, JJ., concur.